**Cellco Partnership**

One Verizon Way

Basking Ridge NJ 07920

1-800-932-7947

| Pay Group: | NEN-Northeast Non-Timesh PR | | |
|---|---|---|---|
| Pay Begin Date: | 10/08/2017 | Advice #: | |
| Pay End Date: | 10/21/2017 | - On-Line Check - | Advice Date: 10/20/2017 |

| Qualita R Moore | Employee ID: | | |
|---|---|---|---|
| 2257 Wrightsville Ave | Mail Drop: | H00000000 | |
| Apt F | Location: | | |
| Wilmington NC 28403 | Cycle Rate: | N/A | |

| TAX DATA: | Federal | NC State |
|---|---|---|
| Marital Status: | Exempt | Exempt |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 10/08/2017-10/21/2017 | | | | | |
| Regular Pay | 20.619231 | 80.00 | 1,649.54 | 1,387.65 | 28,330.82 |
| OT Paid @ 1.5 Times | 31.457268 | 7.80 | 245.37 | 222.96 | 6,945.61 |
| 35% Sunday Shift Diff | 7.216731 | 7.00 | 50.52 | 290.40 | 2,069.16 |
| **PRIOR PAY PERIOD:** | | | | | |
| 10/01/2017-10/07/2017 | | | | | |
| OT Paid @ 1.5 Times | 30.928847 | 10.60 | 327.85 | | |
| FLSA True Up | | | 9.53 | | 1,030.06 |
| 35% Sunday Shift Diff | 7.216731 | 8.45 | 60.98 | | |
| **YTD HISTORY:** | | | | | |
| 10% Shift Dif-OT @1.5 | | | | 66.69 | 197.76 |
| 10% Shift Dif-OT @2.0 | | | | 8.11 | 32.05 |
| Customer Srvc Incentive | | | | | 739.99 |
| Holiday Premium @ 0.5 Times | | | | 28.67 | 292.13 |
| Holiday Premium @ 1.5 Times | | | | 3.03 | 91.45 |
| Holiday - Full Time | | | | 16.00 | 316.10 |
| Holiday - Full Time | | | | 24.00 | 494.85 |
| Illness Paid Leave | | | | 40.00 | 809.22 |
| Miscellaneous Paid Leave | | | | 28.00 | 553.16 |
| OT Paid @ 1.0 Times | | | | 18.26 | 369.40 |
| OT Paid @ 2.0 Times | | | | 84.14 | 3,485.78 |
| Pers Day - Full Time | | | | 24.00 | 481.04 |
| 10% Shift Differential | | | | 352.91 | 708.97 |
| Vacation - Full Time | | | | 156.00 | 3,150.97 |
| Incentive Pay | | | | | 3,140.00 |
| **Total:** | | | **2,343.79** | | **53,238.52** |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 2,291.03 | | 52,063.41 |
| Fed MED/EE | 33.22 | 2,291.03 | 790.69 | 54,530.56 |
| Fed OASDI/EE | 142.04 | 2,291.03 | 3,380.89 | 54,530.56 |
| NC Withholdng | | 2,291.03 | 417.00 | 52,063.41 |
| **Total:** | **175.26** | | **4,588.58** | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 54.45 | 1,143.45 |
| Before-Tax Dental | 10.77 | 226.17 |
| Basic Savings Plan | | 1,480.29 |
| Supplemental Savings Pl | | 986.86 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Student Loan Repayment | 325.28 | 5,383.27 |
| Sav Plan Loan 1A | 56.98 | 1,196.58 |
| 90276 Reinstat/grandfather 60 | 55.42 | 1,163.82 |
| MetLife Insurance | 9.80 | 98.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 1.54 | 32.34 |
| Imputed Income-LTD* | 10.92 | 229.32 |
| Taxable Award* | | 2,400.00 |

| Total: | 65.22 3,836.77 | Total: | 447.48 7,841.67 | *Taxable | | |
|---|---|---|---|---|---|---|
| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | | NET PAY |
| Current: | 2,343.79 | 2,291.03 | 175.26 | 512.70 | | 1,655.83 |
| YTD: | 53,238.52 | 52,063.41 | 4,588.58 | 11,678.44 | | 36,971.50 |
| | | | | **NET PAY DISTRIBUTION** | | |
| | | | | Checking Acct# | XXXXXX0031 | 1,000.00 |
| | | | | Savings Acct# | XXXXXX0058 | 25.00 |
| | | | | Checking Acct# | XXXXXX0023 | 630.83 |
| | | | | Total: | | 1,655.83 |

**MESSAGE:**

Regular Pay: 10/08/17-10/21/17. Exception Pay: 10/01/17-10/14/17.

**Cellco Partnership**
One Verizon Way
Basking Ridge NJ 07920
1-800-932-7947

| Pay Group: | NEN-Northeast Non-Timesh PR | | |
|---|---|---|---|
| Pay Begin Date: | 09/24/2017 | | Advice #: |
| Pay End Date: | 10/07/2017 | - On-Line Check - | Advice Date: 10/06/2017 |

Qualita R Moore
2257 Wrightsville Ave
Apt F
Wilmington NC 28403

| Employee ID: | |
|---|---|
| Mail Drop: | H00000000 |
| Location: | |
| Cycle Rate: | N/A |

| TAX DATA: | Federal | NC State |
|---|---|---|
| Marital Status: | Exempt | Exempt |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 09/24/2017-10/07/2017 | | | | | |
| Regular Pay | 20.619231 | 80.00 | 1,649.54 | 1,307.65 | 26,681.28 |
| OT Paid @ 1.5 Times | 32.115098 | 7.93 | 254.67 | 204.56 | 6,372.39 |
| 35% Sunday Shift Diff | 7.216731 | 11.60 | 83.71 | 274.95 | 1,957.66 |
| **PRIOR PAY PERIOD:** | | | | | |
| 09/17/2017-09/23/2017 | | | | | |
| OT Paid @ 1.5 Times | 30.928847 | 11.00 | 340.22 | | |
| FLSA True Up | | | 9.00 | | 1,020.53 |
| 35% Sunday Shift Diff | 7.216731 | 11.25 | 81.19 | | |
| OT Paid @ 2.0 Times | 41.238462 | 0.17 | 7.01 | 84.14 | 3,485.78 |
| 09/10/2017-09/16/2017 | | | | | |
| Regular Pay | 20.619231 | -0.35 | -7.22 | | |
| OT Paid @ 1.0 Times | 20.619231 | 0.35 | 7.22 | 18.26 | 369.40 |
| **YTD HISTORY:** | | | | | |
| 10% Shift Dif-OT @1.5 | | | | 66.69 | 197.76 |
| 10% Shift Dif-OT @2.0 | | | | 8.11 | 32.05 |
| Customer Srvc Incentive | | | | | 739.99 |
| Holiday Premium @ 0.5 Times | | | | 28.67 | 292.13 |
| Holiday Premium @ 1.5 Times | | | | 3.03 | 91.45 |
| Holiday - Full Time | | | | 16.00 | 316.10 |
| Holiday - Full Time | | | | 24.00 | 494.85 |
| Illness Paid Leave | | | | 40.00 | 809.22 |
| Miscellaneous Paid Leave | | | | 28.00 | 553.16 |
| Pers Day - Full Time | | | | 24.00 | 481.04 |
| 10% Shift Differential | | | | 352.91 | 708.97 |
| Vacation - Full Time | | | | 156.00 | 3,150.97 |
| Incentive Pay | | | | | 3,140.00 |
| **Total:** | | | **2,425.34** | | **50,894.73** |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 2,432.58 | | 49,772.38 |
| Fed MED/EE | 35.27 | 2,432.58 | 757.47 | 52,239.53 |
| Fed OASDI/EE | 150.82 | 2,432.58 | 3,238.85 | 52,239.53 |
| NC Withholdng | | 2,432.58 | 417.00 | 49,772.38 |
| **Total:** | **186.09** | | **4,413.32** | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 54.45 | 1,089.00 |
| Before-Tax Dental | 10.77 | 215.40 |
| Basic Savings Plan | | 1,480.29 |
| Supplemental Savings Pl | | 986.86 |
| **Total:** | **65.22** | **3,771.55** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Student Loan Repayment | 335.89 | 5,057.99 |
| Sav Plan Loan 1A | 56.98 | 1,139.60 |
| 90276 Reinstat/grandfather 60 | 55.42 | 1,108.40 |
| MetLife Insurance | 9.80 | 88.20 |
| **Total:** | **458.09** | **7,394.19** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 1.54 | 30.80 |
| Imputed Income-LTD* | 10.92 | 218.40 |
| Taxable Award* | 60.00 | 2,400.00 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,425.34 | 2,432.58 | 186.09 | 523.31 | 1,715.94 |
| YTD: | 50,894.73 | 49,772.38 | 4,413.32 | 11,165.74 | 35,315.67 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0031 | 1,000.00 |
| Savings Acct# | XXXXXX0058 | 25.00 |
| Checking Acct# | XXXXXX0023 | 690.94 |
| **Total:** | | **1,715.94** |

**MESSAGE:**
Regular Pay: 09/24/17-10/07/17. Exception Pay: 09/17/17-09/30/17.

**Cellco Partnership**
One Verizon Way
Basking Ridge NJ 07920
1-800-932-7947

| Pay Group: | NEN-Northeast Non-Timesh PR |
|---|---|
| Pay Begin Date: | 09/10/2017 |
| Pay End Date: | 09/23/2017 — On-Line Check — |

Advice #: ~~XXXXX~~
Advice Date: 09/22/2017

| Qualita R Moore | Employee ID: ~~XXXXX~~ |
|---|---|
| 2257 Wrightsville Ave | Mail Drop: H00000000 |
| Apt F | Location: |
| Wilmington NC 28403 | Cycle Rate: N/A |

| TAX DATA: | Federal | NC State |
|---|---|---|
| Marital Status: | Exempt | Exempt |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 09/10/2017-09/23/2017 | | | | | |
| Regular Pay | 20.619231 | 80.00 | 1,649.54 | 1,228.00 | 25,038.96 |
| OT Paid @ 1.5 Times | 31.520907 | 9.61 | 302.92 | 185.63 | 5,777.50 |
| 35% Sunday Shift Diff | 7.216731 | 8.14 | 58.74 | 252.10 | 1,792.76 |
| **PRIOR PAY PERIOD:** | | | | | |
| 09/03/2017-09/09/2017 | | | | | |
| Regular Pay | 20.619231 | -8.00 | -164.95 | | |
| OT Paid @ 1.5 Times | 30.928847 | 11.00 | 340.22 | | |
| FLSA True Up | | | 47.30 | | 1,011.53 |
| Holiday Premium @ 0.5 Times | 10.309616 | 8.00 | 82.48 | 28.67 | 292.13 |
| Holiday Premium @ 1.5 Times | 30.928847 | 0.86 | 26.60 | 3.03 | 91.45 |
| Holiday - Full Time | 20.619231 | 8.00 | 164.95 | 24.00 | 494.85 |
| 35% Sunday Shift Diff | 7.216731 | 11.36 | 81.98 | | |
| OT Paid @ 2.0 Times | 41.238462 | 6.84 | 282.08 | 83.97 | 3,478.77 |
| 08/27/2017-09/02/2017 | | | | | |
| Regular Pay | 20.619231 | -0.22 | -4.54 | | |
| OT Paid @ 1.0 Times | 20.619231 | 0.22 | 4.54 | 17.91 | 362.18 |
| **YTD HISTORY:** | | | | | |
| 10% Shift Dif-OT @1.5 | | | | 66.69 | 197.76 |
| 10% Shift Dif-OT @2.0 | | | | 8.11 | 32.05 |
| Customer Srvc Incentive | | | | | 739.99 |
| Holiday - Full Time | | | | 16.00 | 316.10 |
| Illness Paid Leave | | | | 40.00 | 809.22 |
| Miscellaneous Paid Leave | | | | 28.00 | 553.16 |
| Pers Day - Full Time | | | | 24.00 | 481.04 |
| 10% Shift Differential | | | | 352.91 | 708.97 |
| Vacation - Full Time | | | | 156.00 | 3,150.97 |
| Incentive Pay | | | | | 3,140.00 |
| **Total:** | | | 2,871.86 | | 48,469.39 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 2,819.10 | | 47,339.80 |
| Fed MED/EE | 40.88 | 2,819.10 | 722.20 | 49,806.95 |
| Fed OASDI/EE | 174.78 | 2,819.10 | 3,088.03 | 49,806.95 |
| NC Withholdng | | 2,819.10 | 417.00 | 47,339.80 |
| **Total:** | 215.66 | | 4,227.23 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 54.45 | 1,034.55 |
| Before-Tax Dental | 10.77 | 204.63 |
| Basic Savings Plan | | 1,480.29 |
| Supplemental Savings Pl | | 986.86 |
| **Total:** | 65.22 | 3,706.33 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Student Loan Repayment | 398.43 | 4,722.10 |
| Sav Plan Loan 1A | 56.98 | 1,082.62 |
| 90276 Reinstat/grandfather 60 | 55.42 | 1,052.98 |
| MetLife Insurance | 9.80 | 78.40 |
| **Total:** | 520.63 | 6,936.10 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Impld Inc* | 1.54 | 29.26 |
| Imputed Income-LTD* | 10.92 | 207.48 |
| Taxable Award* | | 2,340.00 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,871.86 | 2,819.10 | 215.66 | 585.85 | 2,070.35 |
| YTD: | 48,469.39 | 47,339.80 | 4,227.23 | 10,642.43 | 33,599.73 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0031 | 1,000.00 |
| Savings Acct# | XXXXXX0058 | 25.00 |
| Checking Acct# | XXXXXX0023 | 1,045.35 |
| **Total:** | | 2,070.35 |

**MESSAGE:**
Regular Pay: 09/10/17-09/23/17. Exception Pay: 09/03/17-09/16/17.

| Cellco Partnership<br>One Verizon Way<br>Basking Ridge NJ 07920<br>1-800-932-7947 | | Pay Group: NEN-Northeast Non-Timesh PR<br>Pay Begin Date: 08/27/2017<br>Pay End Date: 09/09/2017 - On-Line Check - | | Advice #:<br>Advice Date: 09/08/2017 |
|---|---|---|---|---|
| Qualita R Moore<br>2257 Wrightsville Ave<br>Apt F<br>Wilmington NC 28403 | Employee ID:<br>Mail Drop: H00000000<br>Location:<br>Cycle Rate: N/A | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Pct.:<br>Addl. Amt.: | Federal<br>Exempt<br>0<br>0<br>0 | NC State<br>Exempt<br>0<br>0<br>0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 08/27/2017-09/09/2017 | | | | | |
| Regular Pay | 20.619231 | 64.22 | 1,324.17 | 1,156.22 | 23,558.91 |
| Illness Paid Leave | 20.619231 | 4.00 | 82.48 | 40.00 | 809.22 |
| Vacation - Full Time | 20.619231 | 8.00 | 164.95 | 156.00 | 3,150.97 |
| **PRIOR PAY PERIOD:** | | | | | |
| 08/20/2017-08/26/2017 | | | | | |
| Regular Pay | 20.619231 | -16.00 | -329.91 | | |
| OT Paid @ 1.5 Times | 30.928847 | 1.77 | 54.74 | 165.02 | 5,134.36 |
| 35% Sunday Shift Diff | 7.216731 | 7.92 | 57.16 | 232.60 | 1,652.04 |
| Vacation - Full Time | 20.619231 | 16.00 | 329.91 | | |
| **YTD HISTORY:** | | | | | |
| 10% Shift Dif-OT @1.5 | | | | 66.69 | 197.76 |
| 10% Shift Dif-OT @2.0 | | | | 8.11 | 32.05 |
| Customer Srvc Incentive | | | | | 739.99 |
| FLSA True Up | | | | | 961.67 |
| Holiday Premium @ 0.5 Times | | | | 20.67 | 209.65 |
| Holiday Premium @ 1.5 Times | | | | 2.17 | 64.85 |
| Holiday - Full Time | | | | 16.00 | 316.10 |
| Holiday - Full Time | | | | 16.00 | 329.90 |
| Miscellaneous Paid Leave | | | | 28.00 | 553.16 |
| OT Paid @ 1.0 Times | | | | 17.69 | 357.64 |
| OT Paid @ 2.0 Times | | | | 77.13 | 3,196.69 |
| Pers Day - Full Time | | | | 24.00 | 481.04 |
| 10% Shift Differential | | | | 352.91 | 708.97 |
| Incentive Pay | | | | | 3,140.00 |
| Total: | | | 1,683.50 | | 45,594.97 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 1,630.74 | | 44,518.14 |
| Fed MED/EE | 23.65 | 1,630.74 | 681.29 | 46,985.29 |
| Fed OASDI/EE | *101.11 | 1,630.74 | 2,913.09 | 46,985.29 |
| NC Withholdng | | 1,630.74 | 417.00 | 44,518.14 |
| Total: | 124.76 | | 4,011.38 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 54.45 | 980.10 |
| Before-Tax Dental | 10.77 | 193.86 |
| Basic Savings Plan | | 1,480.29 |
| Supplemental Savings Pl | | 986.86 |
| Total: | 65.22 | 3,641.11 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Student Loan Repayment | 233.81 | 4,323.67 |
| Sav Plan Loan 1A | 56.98 | 1,025.64 |
| 90276 Reinstat/grandfather 60 | 55.42 | 997.56 |
| MetLife Insurance | 9.80 | 68.60 |
| Total: | 356.01 | 6,415.47 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 1.54 | 27.72 |
| Imputed Income-LTD* | 10.92 | 196.56 |
| Taxable Award* | | 2,340.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,683.50 | 1,630.74 | 124.76 | 421.23 | 1,137.51 |
| YTD: | 45,594.97 | 44,518.14 | 4,011.38 | 10,056.58 | 31,527.01 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0031 | 1,000.00 |
| Savings Acct# | XXXXXX0058 | 25.00 |
| Checking Acct# | XXXXXX0023 | 112.51 |
| Total: | | 1,137.51 |

**MESSAGE:**
Regular Pay: 08/27/17-09/09/17. Exception Pay: 08/20/17-09/02/17.

# Cellco Partnership

One Verizon Way

Basking Ridge NJ 07920

1-800-932-7947

| Pay Group: | NEN-Northeast Non-Timesh PR | | |
|---|---|---|---|
| Pay Begin Date: | 08/13/2017 | Advice #: | ██████ |
| Pay End Date: | 08/26/2017  - On-Line Check - | Advice Date: | 08/25/2017 |

| Qualita R Moore | Employee ID: | ██████ | | TAX DATA: | Federal | NC State |
|---|---|---|---|---|---|---|
| 2257 Wrightsville Ave | Mail Drop: | 1100000000 | | Marital Status: | Exempt | Exempt |
| Apt F | Location: | | | Allowances: | 0 | 0 |
| Wilmington NC 28403 | Cycle Rate: | N/A | | Addl. Pct.: | 0 | 0 |
| | | | | Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 08/13/2017-08/26/2017 | | | | | |
| Regular Pay | 20.619231 | 80.00 | 1,649.54 | 1,108.00 | 22,564.65 |
| OT Paid @ 1.5 Times | 31.645290 | 11.00 | 348.10 | 163.25 | 5,079.62 |
| 35% Sunday Shift Diff | 7.216731 | 7.86 | 56.72 | 224.68 | 1,594.88 |
| OT Paid @ 2.0 Times | 42.671348 | 0.80 | 34.14 | 77.13 | 3,196.69 |
| **PRIOR PAY PERIOD:** | | | | | |
| 08/06/2017-08/12/2017 | | | | | |
| OT Paid @ 1.5 Times | 30.928847 | 11.00 | 340.22 | | |
| FLSA True Up | | | 14.66 | | 961.67 |
| 35% Sunday Shift Diff | 7.216731 | 7.96 | 57.45 | | |
| OT Paid @ 2.0 Times | 41.238462 | 4.34 | 178.97 | | |
| **YTD HISTORY:** | | | | | |
| 10% Shift Dif-OT @1.5 | | | | 66.69 | 197.76 |
| 10% Shift Dif-OT @2.0 | | | | 8.11 | 32.05 |
| Customer Srvc Incentive | | | | | 739.99 |
| Holiday Premium @ 0.5 Times | | | | 20.67 | 209.65 |
| Holiday Premium @ 1.5 Times | | | | 2.17 | 64.85 |
| Holiday - Full Time | | | | 16.00 | 316.10 |
| Holiday - Full Time | | | | 16.00 | 329.90 |
| Illness Paid Leave | | | | 36.00 | 726.74 |
| Miscellaneous Paid Leave | | | | 28.00 | 553.16 |
| OT Paid @ 1.0 Times | | | | 17.69 | 357.64 |
| Pers Day - Full Time | | | | 24.00 | 481.04 |
| 10% Shift Differential | | | | 352.91 | 708.97 |
| Vacation - Full Time | | | | 132.00 | 2,656.11 |
| Incentive Pay | | | | | 3,140.00 |
| **Total:** | | | **2,679.80** | | **43,911.47** |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 2,662.04 | | 42,887.40 |
| Fed MED/EE | 38.60 | 2,662.04 | 657.64 | 45,354.55 |
| Fed OASDI/EE | 165.04 | 2,662.04 | 2,811.98 | 45,354.55 |
| NC Withholdng | | 2,662.04 | 417.00 | 42,887.40 |
| **Total:** | **203.64** | | **3,886.62** | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Before-Tax Medical | 54.45 | 925.65 | Student Loan Repayment | 371.42 | 4,089.86 | Taxable Grp Life Imptd Inc* | 1.54 | 26.18 |
| Before-Tax Dental | 10.77 | 183.09 | | | | Imputed Income-LTD* | 10.92 | 185.64 |
| Basic Savings Plan | | 1,480.29 | Sav Plan Loan 1A | 56.98 | 968.66 | Taxable Award* | 35.00 | 2,340.00 |
| Supplemental Savings Pl | | 986.86 | 90276 Reinstat/grandfather 60 | 55.42 | 942.14 | | | |
| | | | MetLife Insurance | 9.80 | 58.80 | | | |
| Total: | 65.22 | 3,575.89 | Total: | 493.62 | 6,059.46 | *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,679.80 | 2,662.04 | 203.64 | 558.84 | 1,917.32 |
| YTD: | 43,911.47 | 42,887.40 | 3,886.62 | 9,635.35 | 30,389.50 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Checking Acct# | XXXXXX0031 | 1,000.00 |
| Savings Acct# | XXXXXX0058 | 25.00 |
| Checking Acct# | XXXXXX0023 | 892.32 |
| Total: | | 1,917.32 |

MESSAGE:

Regular Pay: 08/13/17-08/26/17. Exception Pay: 08/06/17-08/19/17.

**Cellco Partnership**

One Verizon Way

Basking Ridge NJ 07920

1-800-932-7947

| Pay Group: | NEN-Northeast Non-Timesh PR | | |
|---|---|---|---|
| Pay Begin Date: | 07/30/2017 | Advice #: | ████████ |
| Pay End Date: | 08/12/2017  - On-Line Check - | Advice Date: | 08/11/2017 |

| | | | |
|---|---|---|---|
| Qualita R Moore | Employee ID: | ████████ | |
| 2257 Wrightsville Ave | Mail Drop: | H00000000 | |
| Apt F | Location: | | |
| Wilmington NC 28403 | Cycle Rate: | N/A | |

| TAX DATA: | Federal | NC State |
|---|---|---|
| Marital Status: | Exempt | Exempt |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 07/30/2017-08/12/2017 | | | | | |
| Regular Pay | 20.619231 | 80.00 | 1,649.54 | 1,028.00 | 20,915.11 |
| OT Paid @ 1.5 Times | 31.685564 | 11.00 | 348.54 | 141.25 | 4,391.30 |
| 35% Sunday Shift Diff | 7.216731 | 8.20 | 59.18 | 208.86 | 1,480.71 |
| OT Paid @ 2.0 Times | 42.751896 | 4.62 | 197.51 | 71.99 | 2,983.58 |
| **PRIOR PAY PERIOD:** | | | | | |
| 07/23/2017-07/29/2017 | | | | | |
| Regular Pay | 20.619231 | -16.00 | -329.91 | | |
| OT Paid @ 1.5 Times | 30.928847 | 11.00 | 340.22 | | |
| FLSA True Up | | | 22.81 | | 947.01 |
| OT Paid @ 2.0 Times | 41.238462 | 9.56 | 394.24 | | |
| Vacation - Full Time | 20.619231 | 16.00 | 329.91 | 132.00 | 2,656.11 |
| **YTD HISTORY:** | | | | | |
| 10% Shift Dif-OT @1.5 | | | | 66.69 | 197.76 |
| 10% Shift Dif-OT @2.0 | | | | 8.11 | 32.05 |
| Customer Srvc Incentive | | | | | 739.99 |
| Holiday Premium @ 0.5 Times | | | | 20.67 | 209.65 |
| Holiday Premium @ 1.5 Times | | | | 2.17 | 64.85 |
| Holiday - Full Time | | | | 16.00 | 316.10 |
| Holiday - Full Time | | | | 16.00 | 329.90 |
| Illness Paid Leave | | | | 36.00 | 726.74 |
| Miscellaneous Paid Leave | | | | 28.00 | 553.16 |
| OT Paid @ 1.0 Times | | | | 17.69 | 357.64 |
| Pers Day - Full Time | | | | 24.00 | 481.04 |
| 10% Shift Differential | | | | 352.91 | 708.97 |
| Incentive Pay | | | | | 3,140.00 |
| **Total:** | | | **3,012.04** | | **41,231.67** |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 3,009.28 | | 40,225.36 |
| Fed MED/EE | 43.63 | 3,009.28 | 619.04 | 42,692.51 |
| Fed OASDI/EE | 186.58 | 3,009.28 | 2,646.94 | 42,692.51 |
| NC Withholdng | | 3,009.28 | 417.00 | 40,225.36 |
| **Total:** | **230.21** | | **3,682.98** | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Before-Tax Medical | 54.45 | 871.20 | Student Loan Repayment | 417.27 | 3,718.44 | Taxable Grp Life Imptd Inc* | 1.54 | 24.64 |
| Before-Tax Dental | 10.77 | 172.32 | | | | Imputed Income-LTD* | 10.92 | 174.72 |
| Basic Savings Plan | | 1,480.29 | Sav Plan Loan 1A | 56.98 | 911.68 | Taxable Award* | 50.00 | 2,305.00 |
| Supplemental Savings Pl | | 986.86 | 90276 Reinstat/grandfather 60 | 55.42 | 886.72 | | | |
| | | | MetLife Insurance | 9.80 | 49.00 | | | |
| Total: | 65.22 | 3,510.67 | Total: | 539.47 | 5,565.84 | *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,012.04 | 3,009.28 | 230.21 | 604.69 | 2,177.14 |
| YTD: | 41,231.67 | 40,225.36 | 3,682.98 | 9,076.51 | 28,472.18 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| Checking Acct# | XXXXXX0031 | 1,000.00 |
| Savings Acct# | XXXXXX0058 | 25.00 |
| Checking Acct# | XXXXXX0023 | 1,152.14 |
| Total: | | 2,177.14 |

**MESSAGE:**

Regular Pay: 07/30/17-08/12/17. Exception Pay: 07/23/17-08/05/17.

| Cellco Partnership | | Pay Group: | NEN-Northeast Non-Timesh PR | |
|---|---|---|---|---|
| One Verizon Way | | Pay Begin Date: | 07/16/2017 | Advice #: |
| Basking Ridge NJ 07920 | | Pay End Date: | 07/29/2017 - On-Line Check - | Advice Date: 07/28/2017 |
| 1-800-932-7947 | | | | |

| Qualita R Moore | Employee ID: | | TAX DATA: | Federal | NC State |
|---|---|---|---|---|---|
| 2257 Wrightsville Ave | Mail Drop: | H00000000 | Marital Status: | Exempt | Exempt |
| Apt F | Location: | | Allowances: | 0 | 0 |
| Wilmington NC 28403 | Cycle Rate: | N/A | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 07/16/2017-07/29/2017 | | | | | |
| Regular Pay | 20.619231 | 80.00 | 1,649.54 | 964.00 | 19,595.48 |
| OT Paid @ 1.5 Times | 32.397873 | 2.33 | 75.49 | 119.25 | 3,702.54 |
| 35% Sunday Shift Diff | 7.216731 | 7.88 | 56.87 | 200.66 | 1,421.53 |
| **PRIOR PAY PERIOD:** | | | | | |
| 07/09/2017-07/15/2017 | | | | | |
| OT Paid @ 1.5 Times | 30.928847 | 11.00 | 340.22 | | |
| FLSA True Up | | | 46.59 | | 924.20 |
| 35% Sunday Shift Diff | 7.216731 | 8.03 | 57.95 | | |
| OT Paid @ 2.0 Times | 41.238462 | 4.53 | 186.81 | 57.81 | 2,391.83 |
| **YTD HISTORY:** | | | | | |
| 10% Shift Dif-OT @1.5 | | | | 66.69 | 197.76 |
| 10% Shift Dif-OT @2.0 | | | | 8.11 | 32.05 |
| Customer Srvc Incentive | | | | | 739.99 |
| Holiday Premium @ 0.5 Times | | | | 20.67 | 209.65 |
| Holiday Premium @ 1.5 Times | | | | 2.17 | 64.85 |
| Holiday - Full Time | | | | 16.00 | 316.10 |
| Holiday - Full Time | | | | 16.00 | 329.90 |
| Illness Paid Leave | | | | 36.00 | 726.74 |
| Miscellaneous Paid Leave | | | | 28.00 | 553.16 |
| OT Paid @ 1.0 Times | | | | 17.69 | 357.64 |
| Pers Day - Full Time | | | | 24.00 | 481.04 |
| 10% Shift Differential | | | | 352.91 | 708.97 |
| Vacation - Full Time | | | | 116.00 | 2,326.20 |
| Incentive Pay | | | | | 3,140.00 |
| **Total:** | | | **2,413.47** | | **38,219.63** |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | | 2,495.71 | | 37,216.08 |
| Fed MED/EE | 36.19 | 2,495.71 | 575.41 | 39,683.23 |
| Fed OASDI/EE | 154.73 | 2,495.71 | 2,460.36 | 39,683.23 |
| NC Withholdng | | 2,495.71 | 417.00 | 37,216.08 |
| **Total:** | **190.92** | | **3,452.77** | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Before-Tax Medical | 54.45 | 816.75 |
| Before-Tax Dental | 10.77 | 161.55 |
| Basic Savings Plan | | 1,480.29 |
| Supplemental Savings Pl | | 986.86 |
| **Total:** | **65.22** | **3,445.45** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Student Loan Repayment | 333.38 | 3,301.17 |
| Sav Plan Loan 1A | 56.98 | 854.70 |
| 90276 Reinstat/grandfather 60 | 55.42 | 831.30 |
| MetLife Insurance | 9.80 | 39.20 |
| **Total:** | **455.58** | **5,026.37** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Impld Inc* | 1.54 | 23.10 |
| Imputed Income-LTD* | 10.92 | 163.80 |
| Taxable Award* | 135.00 | 2,255.00 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,413.47 | 2,495.71 | 190.92 | 520.80 | 1,701.75 |
| YTD: | 38,219.63 | 37,216.08 | 3,452.77 | 8,471.82 | 26,295.04 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0031 | 1,000.00 |
| Savings Acct# | XXXXXX0058 | 25.00 |
| Checking Acct# | XXXXXX0023 | 676.75 |
| **Total:** | | **1,701.75** |