# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17177-ELF

QUALITA ROCHONE MOORE

2257 WRIGHTSVILLE AVE  APT F

WILMINGTON, NC 28403

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

QUALITA ROCHONE MOORE

2257 WRIGHTSVILLE AVE  APT F

WILMINGTON, NC 28403

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

        /S/ William C. Miller

Date: 3/29/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee