United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Qualita Rochone Moore
Qualita Rochone Moore
    Debtors

Case No. 17-17177-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Dec 10, 2018
                 Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.
db      +Qualita Rochone Moore,    MAILING ADDRESS:,    2257 Wrightsville Avenue,   Apt. F,     Wilmington, NC 28403-2448
db      +Qualita Rochone Moore,    2922 S. 62nd Street,    Philadelphia, PA 19142-3406
14012409      +U.S. Bank, National Association, et. al.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,     710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg      E-mail/Text: megan.harper@phila.gov Dec 11 2018 02:26:25      City of Philadelphia,     City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,     Philadelphia, PA  19102-1595
smg      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 11 2018 02:26:04      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,     Harrisburg, PA  17128-0946
smg      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 11 2018 02:26:24      U.S. Attorney Office,     c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14073188      E-mail/Text: jennifer.chacon@spservicing.com Dec 11 2018 02:26:42      U.S. Bank, National Association, et al,    c/o Select Portfolio Servicing, Inc.,     P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                                                                               TOTAL: 4

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:
         GEORGETTE  MILLER    on behalf of Debtor Qualita Rochone Moore info@georgettemillerlaw.com,     georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank, National Association, et. al. bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,     philaecf@gmail.com
                                                                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Qualita Rochone Moore<br>               Debtor | CHAPTER 13 |
| U.S. Bank, National Association, as Indenture Trustee for the AFC Mortgage Loan Asset Backed Notes, Series 2000-3<br>               Movant<br>vs. | NO. 17-17177 ELF |
| Qualita Rochone Moore<br>               Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>               Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$4,854.39**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2018 through November 2018 at $702.71/month |
| Suspense Balance: | $64.58 |
| **Total Post-Petition Arrears** | **$4,854.39** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on December 1, 2018 and continuing through August 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of $702.71 on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$539.38 from December 1, 2018 to July 1, 2019 and $539.35 for August 1, 2019** towards the arrearages on or before the last day of each month at the address below;

        Select Portfolio Servicing, Inc.
        Attn: Remittance Processing
        P.O. Box 65450
        Salt Lake City, UT 84165-0450

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   November 29, 2018            By: /s/ Rebecca A. Solarz, Esquire
                                         Rebecca A. Solarz, Esquire

Date:   11/29/18
                                         Georgette Miller, Esquire
                                         Attorney for Debtor

Date:   12/6/18
                                         William C. Miller, Esquire    NO OBJECTION
                                         Chapter 13 Trustee            *without prejudice to any
                                                                       trustee rights or remedies.

# ORDER

Approved by the Court this <u>10th</u> day of <u>December</u>, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank

SELECT PORTFOLIO SERVICING
3815 South West Temple
Salt Lake City, UT 84115