United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Qualita Rochone Moore
Qualita Rochone Moore
    Debtors

Case No. 17-17177-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Mar 13, 2019
                             Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
```
db/db          +Qualita Rochone Moore,    Qualita Rochone Moore,    2922 S. 62nd Street,
                 Philadelphia, PA 19142-3406
14002663       +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14002664        Financial Data Systems,    1683 Military Cutoff Rd,    Wrightsville Beach, NC 28403
14002665       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14069361       +Mariner Finance North Carolina, Inc,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14012409       +U.S. Bank, National Association, et. al.,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14086981        US Department of Education,    PO BOX 16448,    St. Paul, MN 55116-0448
14002670       +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 14 2019 02:40:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 14 2019 02:40:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14072316        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2019 02:45:53
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14089577       +E-mail/Text: megan.harper@phila.gov Mar 14 2019 02:40:47      CITY OF PHILADELPHIA, LAW DEPARTMENT
                 TAX UNIT,   BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14072146       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2019 02:45:53
                 PYOD, LLC its successors and assigns as assignee,    of Household Bank (SB), N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14030017        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2019 02:40:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
14002666       +E-mail/Text: bcreech@scacollections.com Mar 14 2019 02:40:38      SCA Collections, Inc,
                 300 E Arlington Blvd Ste 6-A,    Po Box 876,    Greenville, NC 27835-0876
14002667       +E-mail/Text: bankruptcy.noticing@security-finance.com Mar 14 2019 02:40:25      Security Finance,
                 Sfc Centralized Bankruptcy,    Po Box 1893,    Spartansburg, SC 29304-1893
14002668       +E-mail/Text: jennifer.chacon@spservicing.com Mar 14 2019 02:40:55
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
14073188        E-mail/Text: jennifer.chacon@spservicing.com Mar 14 2019 02:40:55
                 U.S. Bank, National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14039181        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2019 02:46:00      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14002669       ##+Transworld System Inc,    2235 Mercury Way,    Ste 275,    Santa Rose, CA 95407-5463
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Mar 13, 2019
                              Form ID: pdf900            Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Qualita Rochone Moore info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank, National Association, et. al.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QUALITA ROCHONE MOORE                                   Chapter 13

                Debtor            Bankruptcy No. 17-17177-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 13, 2019**            _____
                                    Eric L. Frank
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-


Debtor:
QUALITA ROCHONE MOORE

2257 WRIGHTSVILLE AVE  APT F

WILMINGTON, NC 28403